# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| J.C.D, III AND A.M.D., | : | No. 588 MAL 2022 |
| | : | |
| Respondent | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| A.L.R. AND T.A. D-R., | : | |
| | | |
| Petitioner | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2023, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  With minor modifications, the issue, as stated by Petitioners, is:

    Whether the Pennsylvania Supreme Court should exercise judicial discretion and grant an appeal to Petitioners, as the trial court's order was appealable as of right under [Pa.R.A.P 313], as a collateral [order]?